GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California
CANDIS MITCHELL
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706
Email:          Candis_Mitchell@fd.org

Counsel for Defendant Davis

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,** | **Case No.:** CR 21–159 JD |
| Plaintiff, | |
| v. | ~~**[Proposed]**~~ **Stipulated Order Continuing Hearing** |
| **Jannene Davis,** | |
| Defendant. | |

The above-entitled matter is currently scheduled for change of plea and sentencing hearing on September 13, 2021. Jannene Davis, the defendant, had initially planned on being out of town for her mother's birthday on that date. The defense accordingly requests that the matter be continued until Monday, September 20, 2021, at 10:30 a.m..

The government and probation have no objection to this proposed continuance.

The parties further stipulate and agree that setting a consolidated appearance for change of plea and sentencing on September 20, 2021, will allow for the effective preparation of counsel.  See 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties stipulate and agree that the ends of

1    justice served by excluding the time through September 20, 2021 from computation under the

2    Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18

3    U.S.C. § 3161(h)(7)(A), (B)(iv).

4    IT IS SO STIPULATED.

5

6

7    <u>August 23, 2021</u>                    STEPHANIE HINDS

8    Dated                                     Acting United States Attorney

9                                              Northern District of California

10

11   _____/S_____

     EVAN M. MATEER

12   Special Assistant United States Attorney

13

14   <u>August 23, 2021</u>                    GEOFFREY HANSEN

15   Dated                                     Acting Federal Public Defender

16                                             Northern District of California

17   _____/S_____

18   CANDIS MITCHELL

     Assistant Federal Public Defender

19

20

21

22   //

23   //

24   //

25   //

26   //

27   //

28   //

1          **[Proposed]** **Order**

2          Therefore, for good cause shown the hearing currently scheduled on September 13, 2021,

3   shall be vacated. The matter shall be continued until Monday, September 20, 2021, at 10:30

4   a.m..

5          The Court finds that the ends of justice served by granting this continuance outweigh the

6   best interest of the public and defendant in a speedy trial, and accordingly excludes time under

7   the Speedy Trial Act until the new date. The Court finds this exclusion necessary to permit for

8   continuity of counsel and to allow for the effective preparation of defense counsel. 18 U.S.C. §

9   3161(h)(7)(B)(iv).

13   IT IS SO ORDERED.

14   _August 26, 2021_
15         Dated                                    _____
                                                     HON. JAMES DONATO
16                                                   United States District Judge